UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TODD A. ROSS, *et al.*,

      Plaintiffs,

v.                                                  Case No. 8:07-cv-1967-T-24 TGW

OPTION ONE MORTGAGE SERVICES,
INC., *et al.*,

      Defendants.
_____/

## **ORDER**

This cause comes before the Court on Plaintiffs Request for Entry of Default against Defendants Option One Mortgage Corporation and Option One Mortgage Services, Inc., pursuant to Rule 55 of the Federal Rules of Civil Procedure.  (Doc. No. 7.)

The Court notes that on January 10, 2008, Defendant Option One Mortgage Corporation filed a Motion to Dismiss.  Accordingly, as to Defendant Option One Mortgage Corporation, Plaintiffs' request is **DENIED**.  As for Plaintiffs' service of Defendant Option One Mortgage Services, Inc., the Court finds that such service (by certified mail) was not in accordance with Rule 4 of the Federal Rules of Civil Procedure.  Accordingly, as to Defendant Option One Mortgage Services, Inc., Plaintiffs' request is **DENIED**.  The Court notes that the 120 day time period for service, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, expires on March 5, 2008.  If Plaintiffs have not perfected service of Defendant Option One Mortgage Services, Inc. by Friday, March 7, 2008, their claims against Defendant Option One Mortgage Services, Inc. will be dismissed without prejudice and without further notice.

**DONE AND ORDERED** at Tampa, Florida, this 17th day of January, 2008.

/s/ Susan C. Bucklew
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Pro Se Plaintiff