UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TODD A. ROSS, *et al.*,

      Plaintiffs,

v.                                        Case No. 8:07-cv-1967-T-24 TGW

OPTION ONE MORTGAGE SERVICES,
INC., *et al.*,

      Defendants.
_____/

**ORDER**

This cause comes before the Court on Defendant's Motion to Dismiss, which was filed on February 15, 2008 (Doc. No. 15). Plaintiffs Todd A. Ross and Danielle Ross have failed to file any responsive pleading to the motion. Accordingly, the Court will construe this Motion as unopposed, if these Plaintiffs do not file any responsive pleading by **Friday, March 14, 2008**.

**DONE AND ORDERED** at Tampa, Florida, this 4th day of March, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Pro Se Plaintiffs
Counsel of Record