UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TODD A. ROSS, *et al.*,

      Plaintiffs,

v.   Case No. 8:07-cv-1967-T-24 TGW

OPTION ONE MORTGAGE SERVICES,
INC., *et al.*,

      Defendants.
_____/

## **ORDER**

This cause comes before the Court on Plaintiffs' Objection to Case Management Scheduling Order, which the Court construes as a motion to reconsider the Case Management and Scheduling Order (Doc. No. 27). Plaintiffs seem to request that the Court change the dates and requirements set forth in the Case Management and Scheduling Order, which was entered on April 29, 2008 (Doc. No. 26). Upon consideration, the Court finds that Plaintiffs have not shown good cause for any change to the Case Management and Scheduling Order's deadlines and requirements, and the Court declines to make Plaintiffs' requested changes.

**DONE AND ORDERED** at Tampa, Florida, this 12th day of May, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Pro Se Plaintiffs
Counsel of Record